195 So. 908

**Thomas JAMAR v. STATE.**

8 Div. 992.

Court of Appeals of Alabama.

April 2, 1940.

F. E. Throckmorton, of Tuscumbia, for appellant.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

190 So. 922

**Joe JAMES, Jr., v. CITY OF ANNISTON.**

7 Div. 449.

Court of Appeals of Alabama.

June 6, 1939.

Chas. Thomason, of Anniston, for appellant.

H. H. Evans, of Anniston, for appellee.

RICE, Judge.

Affirmed.

192 So. 914

**John Willie JEFFRIES v. STATE.**

8 Div. 918.

Court of Appeals of Alabama.

Nov. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

192 So. 915

**Jim JENKINS v. STATE.**

1 Div. 352.

Court of Appeals of Alabama.

Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

190 So. 922

**Will JENKINS v. STATE.**

8 Div. 664.

Court of Appeals of Alabama.

June 30, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

196 So. 904

**J. W. JENNINGS v. STATE.**

8 Div. 972.

Court of Appeals of Alabama.

May 21, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.